# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA SUE BALDWIN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil No. **17-cv-957-JPG-CJP**<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Pamela Sue Baldwin and against defendant Commissioner of Social Security.

　　DATED:  April 18, 2018

　　　　　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　**BY:  s/Tina Gray**
　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**