# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA SUE BALDWIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 17-cv-957-JPG-CJP |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Joint Motion to Award Attorney Fees and Expenses. **(Doc. 27).**

The parties agree that plaintiff is entitled to an award of attorney's fees and expenses in the amount of $5,425.00 for attorney fees and $19.86 for expenses, for a total of $5,444.86.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. Per the parties' agreement, this award shall fully and completely satisfy any and all claims for fees and expenses (but not costs) that may have been payable to plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

1

Defendant's Joint Motion to Award Attorney Fees and Expenses **(Doc. 27)** is **GRANTED**. The Court awards plaintiff Pamela Sue Baldwin the sum of $5,425.00 (five thousand four hundred twenty-five dollars) for attorney fees and $19.86 (nineteen dollars and eighty-six cents) in expenses, for a total of $5,444.86 (five thousand four hundred forty-four dollars and eighty-six cents) pursuant to the Equal Access to Justice Act. These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and counsel.

**IT IS SO ORDERED.**

**DATE: November 13, 2018.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U.S. MAGISTRATE JUDGE**
